# EXHIBIT A

# STATE OF NORTH CAROLINA

**Mecklenburg** County

| | |
|---|---|
| **File No.** | 26CV026056-590 |

In The General Court Of Justice
☐ District ☐ Superior Court Division

*Name Of Plaintiff*
**Juanita Shabazz**

*Address*
**1536 April Knoll CT.**

*City, State, Zip*
**Huntersville, NC 28078**

VERSUS

*Name Of Defendant(s)*
**Novant Health INC**
**Julie Adams**
**200 Hawthorne LN**
**Charlotte NC 28204**

## CIVIL SUMMONS
☒ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 ai

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| | |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers ou
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as
possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legale:
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible
acerca de su caso y, de ser necesario, hablar con alguien que lea Inglés y que pueda traducir estos
documentos!

A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have bee
   served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| | **5/12/2026** | **12:20** ☐ AM ☒ PM |
| | *Signature* **Brittany Farris** | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| | Date Of Endorsement | Time |
|---|---|---|
| ☐ **ENDORSEMENT (ASSESS FEE)** | | ☐ AM ☐ PM |
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Signature* | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

FILED
DATE: May 12, 2026
TIME: 1:43:15 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: B. Farris

**STATE OF NORTH CAROLINA**

Mecklenburg County

| File No. | 26CV026056-590 |
|---|---|

In The General Court Of Justice
☐ District ☐ Superior Court Division

Name Of Plaintiff Juanita Shabazz
1536 April Knoll CT, Huntersville NC 28078

**VERSUS**

Name Of Defendant NOVANT Health
200 Hawthorne Lane Charlotte NC 28204

**PETITION TO PROCEED
AS AN INDIGENT**

G.S. 1-110; 7A-228

**AFFIDAVIT**

*(check one of the four boxes below)*

☑ **Petition To Assert Claims** - As a party in the above entitled action, I affirm that I am financially unable to advance the required costs for the prosecution of the claims I have asserted. Therefore, I now petition the Court for an order allowing me to assert my claims as an indigent.

☐ I am an inmate in the custody of the Division of Prisons of the Department of Adult Correction.
*(NOTE TO CLERK: If this block is checked, this Petition must be submitted to a Superior Court Judge for disposition provided on the reverse.)*

☐ **Petition To File Motions** - As a party in the above entitled action, I affirm that I am financially unable to advance the required costs to file a notice of hearing on a motion. Therefore, I now petition the Court for an order allowing me to file my motion as an indigent.

☐ **Petition To Appeal** - As the individual appellant in the above entitled small claims action, I affirm that I am financially unable to pay the cost for the appeal of this action from small claims to district court. Therefore, I now petition the Court for an order allowing me to appeal this action to district court as an indigent.

☐ **Petition To File Expunction Petition** - As the petitioner in the above entitled action, I affirm that I am financially unable to advance the required costs to file an expunction petition. Therefore, I now petition the Court for an order allowing me to file my expunction petition as an indigent.

*(check one or more of the boxes below as applicable)*

☐ I am presently a recipient of
  ☐ Supplemental Nutrition Assistance Program (SNAP/food stamps). ☐ Temporary Assistance for Needy Families (TANF).
  ☐ Supplemental Security Income (SSI).

☐ I am represented by a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons, or I am represented by private counsel working on behalf of such a legal services organization. *(Attach a letter from your legal services attorney or have your attorney sign the certificate below.)*

☑ Although I am not a recipient of SNAP/food stamps, TANF, or SSI, nor am I represented by legal services, I am financially unable to advance the costs of filing this action or appeal.

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date

Signature _____ McFaul _____

Title Of Person Authorized To Administer Oaths
NOTARY PUBLIC

Date Commission Expires 6/20/28

SEAL

Date 05/12/2026

Signature Of Petitioner

Name And Address Of Petitioner (type or print)
Juanita Shabazz
1536 April Knoll CT
Huntersville NC 28078

**CERTIFICATE OF LEGAL SERVICES/PRO BONO REPRESENTATION**

I certify that the above named petitioner is represented by a legal services organization that has as its primary purpose the furnishing of legal services to indigent persons or is represented by private counsel working on behalf of or under the auspices of such legal services organization.

Date

Signature

Name And Address (type or print)

**ORDER**

Based on the Affidavit appearing above, it is ORDERED that:

☒ the petitioner is authorized to assert claims or to file notices of hearing or petitions in this action as an indigent.

☐ the petition is denied.

| Date | Signature | | |
|---|---|---|---|
| 12th of May, 2026 | **Mitchell Woodard** | ☒ Assistant CSC ☐ Judge | ☐ Clerk Of Superior Court |

**NOTE TO CLERK:** If the petitioner is NOT a recipient of SNAP/food stamps, TANF, SSI or is NOT represented by legal services or a private attorney on behalf of legal services, you may ask for additional financial information to determine whether the petitioner is unable to pay the costs.

AOC-G-106, Rev. 11/24, © 2024 Administrative Office of the Courts

*(Over)*

# STATE OF NORTH CAROLINA

Mecklenburg County

**File No.** 26CV026056-590

In The General Court Of Justice
☐ District  ☐ Superior Court Division

**Name Of Plaintiff**
Juanita Shabazz

**Address**
1536 April Knoll CT.

**City, State, Zip**
Huntersville, NC 28078

VERSUS

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 a

**Name Of Defendant(s)**
Novant Health INC
Julie Adams
200 Hawthorne LN
Charlotte NC 28204

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| | |

⚠️ **IMPORTANT!** You have been sued! These papers are legal documents. DO NOT throw these papers ou
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as
possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legale:
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible
acerca de su caso y, de ser necesario, hablar con alguien que lea Inglés y que pueda traducir estos
documentos!

A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have bee
   served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| | 5/12/2026 | 12:20 ☐ AM ☒ PM |
| | **Signature** | |
| | Brittany Farris | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)** This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement | Time ☐ AM ☐ PM |
|---|---|---|
| | **Signature** | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

NOTE TO PARTIES: Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or
less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if
so, what procedure is to be followed.

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

(Over)

FILED
DATE: May 12, 2026
TIME: 12:19:19 PM
MECKLENBURG COUNTY
CLERK OF SUPERIOR COURT
BY: B. Farris

**STATE OF NORTH CAROLINA
IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF MECKLENBURG**

| | |
|---|---|
| JUANITA SHABAZZ,<br>Plaintiff, | COMPLAINT<br>(Jury Trial Demanded) |
| v. | |
| NOVANT HEALTH, INC.,<br>Defendant. | |
| | Civil Action No.  26CV026056-590 |

## INTRODUCTION

1. Plaintiff brings this action for wrongful termination, retaliation, and related damages arising from her employment with Defendant Novant Health, Inc.

2. Plaintiff engaged in protected activity by reporting patient safety concerns, workplace safety concerns, and alleged patient abuse to management, Human Resources, and external regulatory entities.

3. Following Plaintiff's protected activity, Plaintiff experienced adverse employment actions culminating in termination on or about April 7, 2026.

4. Plaintiff alleges that Defendant's actions were retaliatory and pretextual.

## PARTIES

5. Plaintiff Juanita Shabazz is a resident of North Carolina and was employed by Defendant in Mecklenburg County, North Carolina.

6. Defendant Novant Health, Inc. conducts business in North Carolina, including Mecklenburg County.

## JURISDICTION AND VENUE

7. Venue is proper in Mecklenburg County because the acts giving rise to this action occurred in Mecklenburg County.

8. This Court has jurisdiction over the parties and subject matter.

## FACTUAL ALLEGATIONS

9. Plaintiff maintained satisfactory performance prior to engaging in protected reporting activity.

10. Plaintiff reported concerns involving patient safety, staffing, workplace violence, and alleged patient abuse beginning in approximately June 2025.

11. Following Plaintiff's reports, Plaintiff experienced disciplinary action, scrutiny, and adverse treatment.

12. Plaintiff received allegedly unsupported disciplinary actions.

13. On or about April 7, 2026, Defendant terminated Plaintiff's employment.

14. Plaintiff contends the stated reasons for termination were pretextual.

15. Plaintiff suffered damages including lost wages, emotional distress, and reputational harm.

16. Plaintiff timely received a Notice of Right to Sue from the Equal Employment Opportunity Commission ("EEOC") dated February 19, 2026.

## FIRST CLAIM FOR RELIEF — WRONGFUL TERMINATION / RETALIATION

17. Plaintiff incorporates all preceding allegations.

18. Plaintiff engaged in protected activity.

19. Defendant subjected Plaintiff to adverse employment action because of that activity.

20. Defendant's conduct constitutes retaliation and wrongful termination.

## DAMAGES

21. Plaintiff seeks damages including:
a. Lost wages and benefits;
b. Emotional distress damages;
c. Future economic damages;
d. Litigation costs; and
e. Other relief permitted by law.

22. Plaintiff seeks damages in excess of $100,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Enter judgment in favor of Plaintiff;
2. Award damages in excess of $100,000;

3. Award costs and allowable relief; and
4. Grant such additional relief deemed just and proper.

Respectfully submitted,

Juanita Shabazz

1536 April Knoll Court

Huntersville, North Carolina

28078

704-783-6919

shabazzjuanita@ymail.com

Pro Se Plaintiff

Date: May 12, 2026

STATE OF NORTH CAROLINA )

COUNTY OF MECKLENBURG )

VERIFICATION

I, _Juanita Shabazz_ , being first duly sworn, deposes and

(insert your name here)

says that he/she is the Plaintiff in this matter, that he/she has read and understood this

COMPLAINT and knows the contents to be true of his/her own personal

knowledge, except for those matters and things set forth upon information and

belief, and as to those matters and things, he/she believes them to be true.

_____
(Sign in the Presence of the Notary Public)

Sworn to and subscribed before me this _____ day of _May_ _____

_____
Notary Public

My commission expires: _____.